UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>                Petitioner,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | NO. CV-07-408-FVS<br><br>ORDER DISMISSING PETITION |

    By Order filed March 17, 2008, the court directed Mr. Hunter to show cause why his petition should not be dismissed under Rule 4, Rules Governing Section 2254 Cases in the United States District Courts. Plaintiff had failed to allege he exhausted his remedies in his state court criminal proceedings and in any appropriate state court appeal or collateral challenge. *O'Sullivan v. Boerkel,* 526 U.S. 838, 842-43 (1999); 28 U.S.C. § 2254(c). Petitioner did not respond to the court's Order and has filed nothing further in this action.

    Accordingly, **IT IS ORDERED** the Petition is **DISMISSED without prejudice** for failure to exhaust.

    **IT IS SO ORDERED** the District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his

ORDER DISMISSING PETITION -- 1

last known address and close the file.

**DATED** this    18th    day of April 2008.

                          s/ Fred Van Sickle
                          FRED VAN SICKLE
                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2