AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

Michael Howard Hunter

JUDGMENT IN A CIVIL CASE

v.

United States of America

CASE NUMBER: CV-07-408-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner had failed to allege he exhausted his remedies in his state court criminal proceedings and in any appropriate state court appeal or collateral challenge. Petitioner did not respond to the court's Order and has filed nothing further in this action. The Petition is DISMISSED Without Prejudice for failure to exhaust.

04/18/08
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson